# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Caroline Price,<br><br>Plaintiff,<br>v.<br><br>Clarity Services, Inc.,<br><br>Defendant. | Case No.: 2:26-cv-01784 -ART-BNW<br><br>**ORDER GRANTING**<br><br>**Stipulation of dismissal of all claims between Plaintiff and Clarity Services, Inc. with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Caroline Price and Clarity Services, Inc. stipulate to dismiss all claims between Plaintiff and Clarity Services, Inc. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 19, 2026.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**O'HAGAN MEYER PLLC**

/s/ *Inku Nam*
Marcus J. Lee, Esq.
Inku Nam, Esq.
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
*Counsel for Clarity Services, Inc.*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

Dated this 23rd day of November, 2026.